**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOSE CORTEZ,

                         Plaintiff,

                                                                                   24 **CIVIL** 5262 (LJL)

                -against-                                             **<u>DEFAULT JUDGMENT</u>**

BRAND NAME 99 CENTS & UP CORP.,

                         Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Opinion and Order dated April 30, 2025, motion for default judgment is GRANTED. Plaintiff is entitled to relief on his claims for back wages, liquidated damages, wage notice and wage statement violations, and costs. Damages are awarded against Defendant as follows: $17,348.57 in back wages under the NYLL, with 9% prejudgment interest accruing from April 7, 2024 amounting to total prejudgment interest of $1,659.76; $17,348.57 in liquidated damages; $5,000 for Defendant's violation of NYLL § 195(1) and $5,000 for Defendant's violation of NYLL § 195(3); $484.00 in costs; and Post-judgment interest pursuant to 28 U.S.C. § 1961. The Court's judgment provides that "if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after the expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent." NYLL § 198(4), and the case is closed.

**DATED**: New York, New York

        April 30, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:** _____
**Deputy Clerk**